FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 13 2013

JAMES N. HATTEN, Clerk
By: 
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BERNARD WOFFORD,** )<br>)<br>**Plaintiff,** )<br>) **Civil Action File**<br>v. ) **No. 1:13-cv-03348-ODE**<br>)<br>**AIR SERV CORPORATION,** )<br>)<br>**Defendant.** )<br>_____) | |

### ORDER

THIS CAUSE having come before the Court on Plaintiff's MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION, and the Court having fully considered the motion and the record, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION [Doc. 06] is GRANTED;

2. The Settlement and General Release Agreement between Plaintiff and Defendant is deemed fair and reasonable and is therefore APPROVED;

3. The claims asserted by Plaintiff in the above-styled matter are hereby DISMISSED WITH PREJUDICE; and

4. The action is dismissed with prejudice in its entirety and the Clerk of Court is hereby directed to close the case file.

SO ORDERED this 13 day of Dec , 2013 .

THE HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT COURT JUDGE