UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERNARD WOFFORD,<br>　　　　　　Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:13-cv-03348-ODE |
| AIR SERV CORPORATION,<br>　　　　　　Defendant. | |

### J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Plaintiff's Motion to Approve Settlement and the Court finding that the Settlement and General Release Agreement between Plaintiff and Defendant is deemed fair and reasonable, it is

**Ordered and Adjudged** that the claims asserted by Plaintiff in the above-styled matter are hereby Dismissed With Prejudice and the action be **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 13th day of December, 2013.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:   s/Frances K. Pinckney
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 16, 2013
James N. Hatten
Clerk of Court

By: s/Frances K. Pinckney
　　　Deputy Clerk